

# Fourth Court of Appeals
## San Antonio, Texas

August 11, 2022

No. 04-22-00313-CV

**IN THE INTEREST OF G.K.T.,** a Child

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021PA00800
Honorable Kimberly Burley, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating Appellant E.T.'s parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant E.T.'s brief was originally due on July 28, 2022, but has not been filed.

We ORDER appellant's attorney Sheri Bryce Dye to file appellant's brief on or before **August 26, 2022**. If appellant's brief is not filed by that date, we will abate this appeal to the trial court for an abandonment hearing. *See* TEX. FAM. CODE ANN. § 107.013(a)(1) (giving indigent persons a right to counsel in parental-rights termination cases); *In re M.S.*, 115 S.W.3d 534, 544 (Tex. 2003) (holding that this right to counsel includes the right to effective counsel).

It is so **ORDERED** August 11, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT